JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JIANFEI ZENG,
Petitioner,
v.
JAMES JANECHA, et al.,
Respondents.

Case No. 5:26-cv-04176-SP

**JUDGMENT**

Pursuant to the Memorandum Opinion and Order Granting Petition filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: September 17, 2026

SHERI PYM
United States Magistrate Judge